AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

JONATHAN SCOTT ANDERSON,
    Plaintiff

    v.                CASE NUMBER: 06-C-782

WILLIAM POLLARD, et al.,
    Defendants

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the plaintiff's motion to amend the complaint (Docket # 47) is **granted**.
    **IT IS FURTHER ORDERED** that the docket be amended to reflect that defendant Dr. John Doe has been identified as Dr. Richard Heidorn.
    **IT IS ORDERED** that the defendants' motion to amend the caption (Docket # 53) is **granted.** The caption shall be amended to reflect that RN Lemens was dismissed as a defendant on November 7, 2006. The record shall reflect that the summons directed to RN Lemens on April 11, 2007, was issued in error.
    **IT IS FURTHER ORDERED** that the defendants' motion for summary judgment (Docket # 20) is **granted.**
    **IT IS ORDERED** that the plaintiff's motion to appoint counsel (Docket # 48) is **denied**.

    August 21, 2007                 JON W. SANFILIPPO
Date                                                 Clerk

                                                              s/ Jacki L. Koll
                                                              (By) Deputy Clerk

Case 2:06-cv-00782-RTR    Filed 08/21/07    Page 1 of 1    Document 57